EDNA M. FENWICK, PLAINTIFF-PETITIONER, v. JOHN ROY FENWICK, DEFENDANT-RESPONDENT.

*Messrs. Feder & Rinzler* for the petitioner.

*Mr. Walter P. Back* for the respondent.

November 9, 1953.   Denied.